**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover        Date:  August 22, 2012
Court Reporter:    Terri Lindblom
Probation Officer: Gary Burney
Interpreter:       Susanna Cahill

Criminal Action No. 11-cr-00412-MSK

*Parties*:                                 *Counsel*:

UNITED STATES OF AMERICA,                  James Boma

    Plaintiff,

v.

OCTAVIO QUEZADA-PEREZ,                     Robert Duthie, III

    Defendant.

---

**SENTENCING MINUTES**
---

**9:15 a. m.     Court in session**.

Defendant present in custody

Interpreter sworn.

**ORDER:**   Government's Motion for Decrease for Acceptance of Responsibility **(Doc. #330)** is **GRANTED.**
**Doc. #343 will be Restricted at Level 1**

**Change of Plea Hearing on April 6, 2012.  Defendant pled guilty to Count 1 of the Superseding Indictment.**

Oral motion by the Government to dismiss Count 1 of the underlying Indictment against this defendant.  No objection by defendant.

**ORDER:**   The Government's oral motion to dismiss Count 1 of the underlying Indictment against this defendant is **GRANTED.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

The Government **does** request departure **(Doc. #331).** Argument.

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by: The defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record. Counsel are offered the opportunity for further argument. No further argument.

**ORDER:** The Government's Motion fo Downward Departure **(Doc. #331)** is **GRANTED.**

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**9:40 a.m.** **Court in recess.**

Total Time: 25 minutes
Hearing concluded.